# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:14cr00008 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SUSANNE HELBIG, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) The government's motion to dismiss (Docket No. 109) is **GRANTED**;

(2) Helbig's motion and amended motion pursuant to 28 U.S.C. § 2255 (Docket Nos. 103 & 104) are **DISMISSED**;

(3) This action is **STRICKEN** from the active docket of this court; and

(4) Finding that Helbig has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

Entered this  13th  day of December, 2016.

                                                /s/ Norman K. Moon
                                                NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE